# EXHIBIT 1





# Fleetlist

SEARCH [          ] GO



Our current fleet constitute of multipurpose general cargo and heavy-lift tweendeck vessels with capacities ranging from 4,100 to 14,500 deadweight tonnage. Our vessels are trading worldwide, primarily within the project and break bulk cargo segment.

| 13-15.000 DWT MPP/TWN | | | | | |
|---|---|---|---|---|---|
| VESSEL | YEAR | DWT | BALE | SQM | CRANES |
| THOR THUNDER | 2007 | 14.500 | 19.400 | 3.900 | 2X30 MT + 2X30 MT COMBI 60 MT |
| THORCO TRIUMPH | 2012 | 14.000 | 18.600 | 3.900 | 2X30 MT + 2X30 MT COMBI 60 MT |
| THOR GLORY | 2010 | 13.800 | 19.600 | 4.200 | 2X50 MT COMBI 100 MT |
| THORCO GALAXY | 2008 | 13.800 | 19.600 | 4.200 | 2X50 MT COMBI 100 MT |
| THORCO SVENDBORG | 2008 | 13.800 | 19.600 | 4.200 | 2X50 MT COMBI 100 MT |
| GENIUS STAR III | 2006 | 13.500 | 19.000 | 3.900 | 2X30 MT + 2X30 MT COMBI 60 MT |
| ATLANTIC ZEUS | 2012 | 12.900 | 18.600 | 3.900 | 2X30 MT COMBI 60 MT |
| GREEN FRONTIER | 2012 | 12.200 | 19.000 | 3.900 | 2X30 MT COMBI 60 MT |
| THORCO EMPIRE | 2011 | 12.000 | 18.700 | 3.900 | 2X78 MT COMBI 150 MT |

# THORCO FLEET LIST

| VESSEL | YEAR | DWT | BALE | SQM | CRANES |
|---|---|---|---|---|---|
| THORCO AFRICA | 2010 | 12.000 | 18.700 | 3.900 | 2X78 MT COMBI 150 MT |
| THORCO SUNRISE | 2009 | 12.000 | 17.000 | 3.900 | 2X30 MT + 1X30 MT COMBI 60 MT |
| THORCO SUPERIOR | 2005 | 12.000 | 16.700 | 3.900 | 2X30 MT + 1X30 MT COMBI 60 MT |
| THORCO SEA | 2009 | 12.000 | 18.600 | 3.900 | 2X30 MT + 2X25 MT COMBI 60 MT |
| THORCO SKY | 2006 | 12.000 | 17.000 | 3.900 | 2X30 MT + 1X30 MT COMBI 60 MT |
| THORCO ACE | 2005 | 12.000 | 18.600 | 3.900 | 2X30 MT + 2X25 MT COMBI 60 MT |
| PACIFIC FRIEND | 2007 | 12.000 | 18.600 | 3.900 | 2X30 MT+ 2X25 MT COMBI 60 MT |
| MAPLE INGRID | 2007 | 12.000 | 18.600 | 3.900 | 2X30 MT COMBI 60 MT |
| GENIUS STAR VIII | 2007 | 12.000 | 19.845 | 3.900 | 2X30 MT + 2X30 MT COMBI 60 MT |

## 10-12.000 DWT MPP/TWN

| VESSEL | YEAR | DWT | BALE | SQM | CRANES |
|---|---|---|---|---|---|
| THOR FRIEND | 2008 | 11.800 | 17.000 | 4.200 | 2X30 MT + 1X30 MT COMBI 60 MT |
| THORCO COPENHAGEN | 2011 | 10.800 | 14.800 | 4.100 | 2X80 MT COMBI 160 MT |
| THORCO CHALLENGER | 2009 | 10.700 | 14.800 | 4.100 | 2X80 MT COMBI 160 MT |
| THORCO CELEBRATION | 2002 | 10.300 | 14.700 | 3.900 | 2X80 MT COMBI 160 MT |
| THORCO WINNER | 2002 | 10.100 | 12.700 | 3.500 | 2X30 MT + 1X30 MT COMBI 60 MT |
| THORCO SERENITY | 2004 | 10.000 | 18.300 | 3.200 | 2X30 MT + 1X30 MT COMBI 60 MT |
| THORCO SAPPHIRE | 2004 | 10.000 | 18.300 | 3.200 | 2X30 MT + 1X30 MT COMBI 60 MT |

## 8-10.000 DWT MPP/TWN

| VESSEL | YEAR | DWT | BALE | SQM | CRANES |
|---|---|---|---|---|---|
| THOR COMMANDER | 2011 | 9.800 | 12.800 | 3.600 | 2X60 MT COMBI 120 MT |
| THORCO ALLIANCE | 2012 | 9.800 | 12.800 | 3.600 | 2X60 MT COMBI 120 MT |

| VESSEL | YEAR | DWT | BALE | SQM | CRANES | |
|---|---|---|---|---|---|---|
| THORCO ASIA | 2012 | 9.800 | 12.800 | 3.600 | 2X60 MT COMBI | 120 MT |
| THORCO ATLANTIC | 2010 | 9.800 | 12.800 | 3.600 | 2X60 MT COMBI | 80 MT |
| THORCO ARCTIC | 2009 | 9.800 | 12.800 | 3.600 | 2X60 MT COMBI | 80 MT |
| THORCO AMBITION | 2005 | 9.800 | 12.800 | 3.600 | 2X40 MT COMBI | 80 MT |
| EASTERN FRONTIER | 2002 | 9.000 | 12.600 | 3.400 | 3X30 MT COMBI | 60 MT |
| THOR BRONCO | 2008 | 8.090 | 11.700 | 3.200 | 2X45 MT COMBI | 90 MT |
| THORCO AMBER | 2011 | 9.800 | 12.800 | 3.600 | 2X60 MT COMBI | 80 MT |
| THORCO ATTRACTION | 2006 | 9.800 | 12.800 | 3.600 | 2X40 MT COMBI | 80 MT |
| THOR BOREAS | 2008 | 8.090 | 11.700 | 3.200 | 2X45 MT COMBI | 90 MT |
| THOR BRIGHT | 2008 | 8.090 | 11.700 | 3.200 | 2X45 MT COMBI | 90 MT |

| 5.400 DWT MPP/TWN | | | | | | |
|---|---|---|---|---|---|---|
| VESSEL | YEAR | DWT | BALE | SQM | CRANES | |
| THOR LIGHT | 1993 | 5.400 | 6.800 | 2.200 | 2X50 MT COMBI | 100 MT |
| THOR LEADER | 1994 | 5.400 | 6.800 | 2.200 | 2X50 MT COMBI | 100 MT |
| THOR LIBERTY | 1994 | 5.400 | 6.800 | 2.200 | 2X50 MT COMBI | 100 MT |
| THOR PACIFIC | 1992 | 4.100 | 5.200 | 1.900 | 2X50 MT COMBI | 100 MT |
| THOR PIONEER | 1993 | 4.100 | 5.200 | 1.900 | 2X50 MT COMBI | 100 MT |

# GET IN CONTACT

# THORCO WORLD



SVENDBORG (HQ) - *tel:* + 45 6320 3000

BREMEN - *tel:* + 49 421 989 740 - 0

GENOA - *tel:* + 39 010 84 3 5

HOUSTON - *tel:* + 1 (281) 404 4250

HONG KONG - *tel:* + 852 9223 15

Case 3:12-cv-00602-JJB-SCR   Document 1-3   09/25/12   Page 4 of 15

LONDON - *tel:* + 44 (0) 207 337 7065

© 2010 Thorco Shipping A/S. All Rights Reserved

RIO DE JANEIRO - *tel:* + 55 213 388 0837

SINGAPORE - *tel:* + 65 6324 8660

Member of the international shipping association





# THORCO SHIPPING FLEET LIST

**13-15.000 DWT MPP/TWN**

| VESSEL | YEAR | DWT | BALE | SQM | CRANES |
|---|---|---|---|---|---|
| THOR THUNDER | 2007 | 14.500 | 19.400 | 3.900 | 2X30 MT + 2X30 MT COMBI 60 MT |
| THOR GLORY | 2010 | 13.800 | 19.600 | 4.200 | 2X50 MT COMBI 100 MT |
| THORCO GALAXY | 2008 | 13.800 | 19.600 | 4.200 | 2X50 MT COMBI 100 MT |
| THORCO SVENDBORG | 2008 | 13.800 | 19.600 | 4.200 | 2X50 MT COMBI 100 MT |



**12-13.000 DWT MPP/TWN**

| VESSEL (HEAVY LIFT) | YEAR | DWT | BALE | SQM | CRANES |
|---|---|---|---|---|---|
| THORCO HORIZON | 2004 | 12.700 | 16.000 | 4.300 | 2X120 MT COMBI 240 MT |
| THORCO HIGHLANDER | 2004 | 12.700 | 16.000 | 4.300 | 2X120 MT COMBI 240 MT |

| VESSEL | YEAR | DWT | BALE | SQM | CRANES |
|---|---|---|---|---|---|
| THORCO EMPIRE | 2011 | 12.000 | 18.700 | 3.900 | 2X78 MT COMBI 150 MT |
| THORCO AFRICA | 2010 | 12.000 | 18.700 | 3.900 | 2X78 MT COMBI 150 MT |
| THORCO SEA | 2009 | 12.000 | 18.600 | 3.900 | 2X30 MT + 2X25 MT COMBI 60 MT |
| THORCO SKY | 2006 | 12.000 | 17.000 | 3.900 | 2X30 MT + 1X30 MT COMBI 60 MT |
| THORCO SUPERIOR | 2005 | 12.000 | 16.700 | 3.900 | 2X30 MT + 1X30 MT COMBI 60 MT |
| THOR ACE | 2005 | 12.000 | 18.600 | 3.900 | 2X30 MT + 2X25 MT COMBI 60 MT |
| MAPLE INGRID | 2007 | 12.000 | 18.600 | 3.900 | 2X30 MT COMBI 60 MT |



**10-12.000 DWT MPP/TWN**

| VESSEL | YEAR | DWT | BALE | SQM | CRANES |
|---|---|---|---|---|---|
| THOR FRIEND | 2008 | 11.800 | 17.000 | 4.200 | 2X30 MT + 1X30 MT COMBI 60 MT |
| THORCO AMSTERDAM | 2007 | 11.100 | 13.500 | 3.500 | 2X60 MT COMBI 120 MT |
| THORCO COPENHAGEN | 2011 | 10.800 | 14.800 | 4.100 | 2X80 MT COMBI 160 MT |
| THORCO CHALLENGER | 2009 | 10.700 | 14.800 | 4.100 | 2X80 MT COMBI 160 MT |
| THORCO CELEBRATION | 2002 | 10.300 | 14.700 | 3.900 | 2X80 MT COMBI 160 MT |
| THORCO WINNER | 2002 | 10.100 | 12.800 | 3.500 | 2X30 MT + 1X30 MT COMBI 60 MT |
| THORCO SERENITY(RORO) | 2004 | 10.000 | 18.300 | 3.200 | 2X30 MT + 1X30 MT COMBI 60 MT |
| THORCO SAPPHIRE(RORO) | 2004 | 10.000 | 18.300 | 3.200 | 2X30 MT + 1X30 MT COMBI 60 MT |





# THORCO SHIPPING FLEET LIST

### 8-10.000 DWT MPP/TWN

| VESSEL | YEAR | DWT | BALE | SQM | CRANES |
|---|---|---|---|---|---|
| THOR COMMANDER | 2011 | 9.800 | 12.800 | 3.600 | 2X60 MT COMBI 120 MT |
| THORCO AMBER | 2011 | 9.800 | 12.800 | 3.600 | 2X60 MT COMBI 80 MT |
| THORCO ARCTIC | 2009 | 9.800 | 12.800 | 3.600 | 2X60 MT COMBI 80 MT |
| THORCO ATLANTIC | 2010 | 9.800 | 12.800 | 3.600 | 2X60 MT COMBI 80 MT |
| THORCO ATTRACTION | 2006 | 9.800 | 12.800 | 3.600 | 2X40 MT COMBI 80 MT |
| THORCO AMBITION | 2005 | 9.800 | 12.800 | 3.600 | 2X40 MT COMBI 80 MT |
| THOR BRONCO | 2008 | 8.090 | 11.700 | 3.200 | 2X45 MT COMBI 90 MT |
| THOR BOREAS | 2008 | 8.090 | 11.700 | 3.200 | 2X45 MT COMBI 90 MT |
| THOR BRIGHT | 2008 | 8.090 | 11.700 | 3.200 | 2X45 MT COMBI 90 MT |



### 5.400 DWT MPP/TWN

| VESSEL | YEAR | DWT | BALE | SQM | CRANES |
|---|---|---|---|---|---|
| THOR LIBRA | 1994 | 5.400 | 6.800 | 2.200 | 2X50 MT COMBI 100 MT |
| THOR LEADER | 1994 | 5.400 | 6.800 | 2.200 | 2X50 MT COMBI 100 MT |
| THOR LIBERTY | 1994 | 5.400 | 6.800 | 2.200 | 2X50 MT COMBI 100 MT |
| THOR LIGHT | 1993 | 5.400 | 6.800 | 2.200 | 2X50 MT COMBI 100 MT |



### 4.100 DWT MPP/TWN

| VESSEL | YEAR | DWT | BALE | SQM | CRANES |
|---|---|---|---|---|---|
| THOR SPRING | 1993 | 4.100 | 5.200 | 1.900 | 2X50 MT COMBI 100 MT |
| THOR PACIFIC | 1992 | 4.100 | 5.200 | 1.900 | 2X50 MT COMBI 100 MT |
| THOR PIONEER | 1992 | 4.100 | 5.200 | 1.900 | 2X50 MT COMBI 100 MT |
| THOR BLUE | 1992 | 4.100 | 5.200 | 1.900 | 2X50 MT COMBI 100 MT |




COMPANY  THE FLEET  SERVICE

SEARCH [ ] GO

# Thor Glory

Fleetlist



## M/V THOR GLORY DATA:

BUILT: September 26th 2008
FLAG: Hong Kong
CLASS TYPE: NK
CALL SIGN: VREO3
BUILDERS: Honda heavy industries Co., Ltd. Japan
SISTER: Thor Galaxy

TONNAGES:
DWAT: 13,802.00 (tween deck not incl.)
Weight of pontoons?? mt.
GT/NT: 10,021/4,520
Panama Canal Ton: No. KZ08HF-

CAPACITY:
Grain: 20,683.15 m3
No. 1 upper: 4263.77
No. 2 upper: 5431.63
No. 1 low: 4808.65
NO. 2 low: 5097.95
Bale: 19.175.61 m3
No. 1 upper: 4558.48
No. 2 upper: 5070.90
No. 1 low: 4651.93.
No. 2 low: 4894.30

HATCH:
2 hatches:

1245

Suez Canal ton.: No. 8HO-0302TS

TYPE:

General cargo

DIMENSIONS:

LOA: 124.56 meters

LBP: 116.00 meters

Beam: 21.20 meters

Draft: 9.166 m summer

Air draft aft: 36.64 meters

No. 1: 30.10 X 14.9

No. 2: 30.8 X 14.9

Type of hatch: FV type Steel

HOLD:

#1 Upper Hold: 34.50M x 21.20M x 4.80M

#2 Upper Hold: 45.75M x 21.20M x 4.80M

#1 Lower Hold: 34.50M x 21.20M x 7.789M

#2 Lower Hold: 45.75M x 21.20M x 7.789M

PERMISSIBLE LOADS:

Tank Top: Uniform load 147.0 kN/M2 (15T/ m2)

2nd Deck & hatch cover: Uniform Load: 39.2 kN/m2 (4.0T/m2)

Upper Deck & hatch Cover: Uniform Load: 24.5 kN/m2 (2.5T/m2)

YEAR: 2010  DWT: 13.800  BALE: 19.600  SQM: 4.200
CRANES: 2X50 MT COMBI 100 MT

« Thorco Triumph                    Thorco Galaxy »

GET IN CONTACT

THORCO WORLD



**THORCO SHIPPING WORLDWIDE POSITIONS – LATEST UPDATE 13TH AUGUST 2012**

## CONTINENT/BALTIC                                    (PIC: THORCO EUROPE)
===============================================================
**THORCO SVENDBORG**   TWN, 2H/2H, Y2008, 20000cbm   **BALTIC/CONT**   - **03 SEP**
13,800 DWAT          2X50mt/combi 100mt, IMDG fit  *P/C DIR ECSA*

**ATLANTIC ZEUS**      TWN, 2H/2H, Y2011, 18700cbm   **ANTWERP**       - **17 SEP**
12,900 DWAT          2x30mt/combi 60mt             ANY DIR WW

**THOR LEADER**        TWN, 1H/1H, Y1994, 6300cbm    **ROTTERDAM**     – **T O D A Y**
5,400 DWAT           2x50mt/combi 100mt, IMDG fit  *TRY DECK CARGO DIR FAR EAST*

## MED / ADRIATIC / BLACK SEA                          (PIC: THORCO EUROPE)
===============================================================
**THORCO GALAXY**      TWN, 2H/2H, Y2008, 20000cbm   **CENTRAL MED**   - **17 AUG**
13,800 DWAT          2X50mt/combi 100mt, IMDG fit  *P/C DIR PERSIAN GULF*

**THORCO SUNRISE**     TWN, 2H/2H, Y2009, 17000cbm   **PIRAEUS**       - **T O D A Y**
12,000 DWAT          2x30mt/combi 60 mt            ANY DIR WW

**THORCO CHALLENGER**  TWN, 2H/2H, Y2008, 14800cbm   **EAST MED**      – **05 SEP**
10,700 DWAT          2x80/combi 160mt, IMO, 1A ICE *P/C DIR AUSSIE/SE ASIA*

**THORCO ALLIANCE**    TWN, 2H/2H, Y2012, 12800cbm   **MARMARA**       - **PROMPT**
9,821 DWAT           2x60mt/combi 120mt, IMDG fit  ITALY/SPAIN       - **20 AUG**
*>>> SEEKING P/C DIR CARIBS/USG/EX MEXICO (TRY ANY DIR WW)*

**THORCO ARCTIC**      TWN, 2H/2H, Y2009, 12800cbm   **NOVOROSSIYSK**  – **09 SEP**
9,821 DWAT           2x60mt/combi 120mt, IMDG fit  ANY DIR WW

## WEST/SOUTH/EAST AFRICA                              (PIC: THORCO EUROPE)
===============================================================
**THORCO AFRICA**      TWN, 2H/2H, Y2010, 18700cbm   **LIBREVILLE**    – **30 AUG**
12,000 DWAT          2x78mt/combi 150mt, IMDG fit  ANY DIR WW

**GENIUS STAR VIII**   TWN, 2H/2H, Y2012, 18600cbm   **LUANDA**        - **25 AUG**
12,000 DWAT          2x30mt/combi 60mt             ANY DIR WW

**THORCO ACE**         TWN, 2H/2H, Y2007, 18600cbm   **WALVIS BAY**    - **15 SEP**
12,000 DWAT          2x30mt/combi 60 mt            ANY DIR WW

**THORCO SEA**         TWN, 2H/2H, Y2009, 19800cbm   **BANJUL**        - **18 SEP**
12,000 DWAT          2x30mt/combi 60mt             ANY DIR WW

**THORCO AMBER**       TWN, 2H/2H, Y2012, 12800cbm   **WEST AFRICA**   - **22 AUG**
9,821 DWAT           2x60mt/combi 120mt, IMDG fit  SOUTH AFRICA      - 05 SEP
*>>> SEEKING PART CARGO DIR SE ASIA/FAR EAST*

**THOR BRONCO**        TWN, 2H/2H, Y2008, 11700cbm   **MOMBASA**       - **12 SEP**
8,090 DWAT           2x45mt/combi 90mt, IMDG fit   ANY DIR WW

## NORTH AMERICA / NCSA / CARIBS                       (PIC: THORCO USA)
==================================================================

**MAPLE LEA**         TWN, 3H/3H, Y2007, 16000cbm   **MARACAIBO**    **- 23 AUG**
12,744 DWAT          2x120mt/combi 240mt, IMO, ICE  ANY DIR WW

**PACIFIC FRIEND**    TWN, 2H/2H, Y2007, 19,300cbm  **US EAST COAST - 19 AUG**
12,000 DWAT          2x30mt/combi 60 mt             *P/C DIR CARIBS/NCSA/WCSA*

**THOR COMMANDER**    TWN, 2H/2H, Y2011, 12800cbm   **LA GUAIRA**    **- 17 AUG**
9,821 DWAT           2x60mt/combi 120mt, IMDG fit   ANY DIR WW

**THOR LIBERTY**      TWN, 1H/1H, Y1994, 6800cbm    **P. CABELLO**   **- 20 AUG**
5,400 DWAT           2x50mt/combi 100mt, IMDG fit   ANY DIR WW

## SOUTH AMERICA                                       (PIC: THORCO BRAZIL)
==================================================================

**THOR GLORY**        TWN, 2H/2H, Y2010, 20000cbm   **WCSA**         **- PROMPT**
13,800 DWAT          2x50mt/combi 100mt, IMDG fit   ANY DIR WW

**PACIFIC FRIEND**    TWN, 2H/2H, Y2007, 19,300cbm  **ESMERALDAS**   **- 28 AUG**
12,000 DWAT          2x30mt/combi 60 mt             ANY DIR WW

**THORCO SKY**        TWN, 2H/2H, Y2006, 17000cbm   **SANTOS**       **- 30 AUG**
12,000 DWAT          3x30mt/combi 60mt              *P/C DIR WEST AFRICA*

**THORCO SAPPHIRE**   TWN, 2H/2H, Y2004, 18300cbm   **ROSARIO**      **- 14 AUG**
10,000 DWAT          3x30mt/combi 60mt, ro/ro       ANY DIR WW

**THOR BRIGHT**       TWN, 2H/2H, Y2008, 11700cbm   **VITORIA**      **- 14 AUG**
8,090 DWAT           2x45mt/combi 90mt, IMDG fit    ANY DIR WW

## FAR EAST / SOUTH EAST ASIA                          (PIC: THORCO SINGAPORE)
==================================================================

**OCEAN HERO**        TWN, 2H/2H, Y2010, 20100cbm   **HONG KONG**    **- 18 AUG**
14,386 DWT           4x30mt/combi 60mt              ANY DIR WW

**GREEN FRONTIER**    TWN, 2H/2H, Y2012, 18600cbm   **HO CHI MINH**  **- 02 SEP**
12,200 DWAT          2x30mt/combi 60mt              ANY DIR WW

**THORCO EMPIRE**     TWN, 2H/2H, Y2011, 18700cbm   **QINGHUANGDAO** **- 15 AUG**
12,000 DWAT          2x78mt/combi 150mt, IMDG fit   ANY DIR WW

**THOR FRIEND**       TWN, 2H/2H, Y2008, 17600cbm   **LAE**          **- 05 SEP**
11,900 DWAT          3x30mt/combi 60mt              ANY DIR WW

**THORCO COPENHAGEN** TWN, 2H/2H, Y2011, 14800cbm   **HUANGPU**      **- 16 AUG**
10,900 DWAT          2x80/combi 160mt, IMO, 1A ICE  **SHANGHAI**     **- 22 AUG**
**>>> SEEKING PART CARGO DIR NCSA/EC MEXICO/US GULF**

**THORCO AMBER**      TWN, 2H/2H, Y2012, 12800cbm   **KAWASAKI**     **- 27 SEP**
9,821 DWAT           2x60mt/combi 120mt, IMDG fit   ANY DIR WW

**THORCO ATLANTIC**   TWN, 2H/2H, Y2010, 12800cbm   **CIWANDAN**     **- 07 SEP**
9,821 DWAT           2x60mt/combi 120mt, IMDG fit   ANY DIR WW

**THOR BOREAS**       TWN, 2H/2H, Y2008, 11700cbm   **SAMARINDA**    **- 08 SEP**
8,090 DWAT           2x45mt/combi 90mt, IMDG fit    ANY DIR WW

## AUSTRALIA / NEW ZEALAND                             (PIC: THORCO SINGAPORE)
==================================================================

**THORCO CELEBRATION** TWN, 2H/2H, Y2002, 14700cbm  **PORT ALMA**    **- 06 OCT**
10,400 DWAT          2x80/combi 160mt, IMO, 1A ICE  ANY DIR WW

**THORCO SERENITY**   TWN, 2H/2H, Y2004, 18300cbm   **ADELAIDE**     **- 30 AUG**
10,000 DWAT          3X30mt/combi 60mt, ro/ro       ANY DIR WW

```
     THORCO AMBITION      TWN, 2H/2H, Y2005, 12800cbm    NEWCASTLE      - 04 SEP
     9,821 DWAT           2x40mt/combi 80mt, IMDG fit    ANY DIR WW
```

PERSIAN GULF / INDIAN OCEAN                   (PIC: THORCO SINGAPORE)
```
================================================================
     THORCO GALAXY        TWN, 2H/2H, Y2008, 20000cbm    UMM QASR       - 12 SEP
     13,800 DWAT          2X50mt/combi 100mt, IMDG fit   P/C DIR FAR EAST

     THORCO ATTRACTION    TWN, 2H/2H, Y2006, 12800cbm    UAE            - 20 SEP
     9,821 DWAT           2x40mt/combi 80mt, IMDG fit    ANY DIR WW
```

We look forward to receiving your kind proposals.

Thanks in advance.


Best regards



```
THORCO EUROPE        - europe@thorcoshipping.com
Denmark              : +45 6320 3000
Germany              : +49 421 989 7400
Italy                : +39 010 844 7830 - med@thorcoshipping.com
UK                   : +44 (0) 20 7337 7065 – uk@thorcoshipping.com

THORCO SINGAPORE     - singapore@thorcoshipping.com
+65 6922 8620

THORCO BRAZIL        - brazil@thorcoshipping.com
+55 21 3388 0837

THORCO USA           - usa@thorcoshipping.com
+1 281 404 4250
```



# SHIP SAILING SCHEDULE:

| SHIP | BUILT | DWAT | LIFT CAPACITY | SPEED | LOADING | DATES | DISCHARGE |
|---|---|---|---|---|---|---|---|
| THORCO TRIUMPH | 2012 | 14,000 | 60 MT | 13 KN | Altamira, MX<br>Houston, TX | Aug 15-18<br>Aug 20-23 | Houston, TX<br>Oran, Algeria<br>Mostagenem, Algeria<br>Iskenderun, Turkey |
| THOR COMMANDER | 2011 | 9,821 | 120 MT | 14 KN | La Guaira, VE<br>Houston, TX | Aug 18-22<br>Aug 29-Sept 3 | Houston, TX<br>Bintulu, MY<br>Singapore, SG<br>Manila, PH |
| MAPLE LEA | 2007 | 12,744 | 240 MTS | 15 KN | Maracaibo, VE<br>Veracruz, MX | Aug 25-28<br>Sept 3-5 | Houston, TX |
| THOR LIBERTY | 1994 | 5,400 | 100 MT | 12 KN | Puerto Cabello, VE<br>Houston, TX | Aug 25-28<br>Sept 5-10 | Houston, TX<br>New Orleans, LA<br>Mukalla, Yeman<br>Jebel Ali, U.A.E.<br>Umm Qasr, Iraq |
| THORCO AURORA | 2012 | 9,821 | 120 MT | 14 KN | Point Lisas, TT | Sept 28-30 | Houston, TX<br>New Orleans, LA |

**Please send all inquiries to the below email.**
Thorco Shipping America, Inc
-as Agents only-
2500 East T.C. Jester Blvd.
Suite 300
Houston, TX 77008
Phone Office: +1 (281) 404-4250
Email: usa@thorcoshipping.com

# Worldwidevesselpositions's Blog

Just another WordPress.com weblog

« SHIPOWNERS TRUST INTERNATIONAL CORPORATION – 50000 MT COAL EX. TABONEO TO 1SP WCI – CIRC. 13.09.2012

RE M/V BARRY OPEN CONSTANTZA 26/28 SEPT. »

## THORCO SHIPPING AMERICA – SHIP SAILING SCHEDULE 13TH SEP 2012

Dear All,

Pls propose suitable cargos for our ladies below:

| SHIP | BUILT | DWAT | LIFT CAPACITY | SPEED | LOADING | DATES | DISCHARGE |
|---|---|---|---|---|---|---|---|
| THOR COMMANDER | 2011 | 9,821 | 120 MT | 14 KN | Houston, TX | Sep 13-15 | Gladstone, Australia |
| | | | | | | | Brisbane, Australia |
| | | | | | | | Newcastle, Australia |
| | | | | | | | Port Kembla, Australia |
| THOR LIBERTY | 1994 | 5,400 | 100 MT | 13 KN | Barranquilla, Columbia | Sep 13-16 | Houston, TX |
| THOR GLORY | 2010 | 13,800 | 100 MT | 13 KN | Cristobal | Sep 17-18 | Masan, South Korea |
| | | | | | New Orleans | Sep 23-26 | Xingang, China |
| | | | | | Houston | Sep 27-29 | Shanghai, China |
| | | | | | | | Hong Kong, China |
| THORCO AURORA | 2012 | 9,821 | 120 MT | 14 KN | Point Lisas, T&T | Sep 25-28 | Cadiz, Spain |
| | | | | | Cartagena, Columbia | Oct 1-3 | Oran, Algeria |

Case 3:12-cv-00602-JJB-SCR   Document 1-3   09/25/12   Page 14 of 15

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | Barranquilla, Columbia | Oct 4-5 | Sfax, Tunisia |
| **THORCO AFRICA** | 2011 | 12,000 | 150 MT | 13 KN | Manzanillo, MX | Oct 18-22 | Yokohama, Japan |
| | | | | | Long Beach, CA | Oct 26-28 | Busan, South Korea |
| | | | | | Vancouver, BC | Nov 1-3 | Shanghai, China |
| | | | | | | | Singapore |

**Please send all inquiries to the below email.**

**\*Join us at Breakbulk Americas at Booth #316\***

Thorco Shipping America, Inc

-as Agents only-

2204 Timberloch Suite 250

The Woodlands, TX 77380

Phone Office: +1 (281) 404-4250

Email: **usa**

Best Regards,

**THORCO SHIPPING AMERICA**

NAME MOBILE

Brent Berg +1 (281) 797-3031

Tim Murray +1 (281) 797-8150

Dea Chinchuanco +1 (713) 927-7986

Russell McClure +1 (254) 718-7793

Francis Lau +1 (713) 775-4059

