UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KNIT SHIPPING LTD. | § § § § | CIVIL ACTION NO. |
| Plaintiff | | |
| versus | § § § | SECTION |
| | | MAG NO. |
| THORCO SHIPPING A/S | § § § | |
| Defendant | | ADMIRALTY RULE 9(H) |

## ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AND GARNISHMENT

Upon reviewing the original Verified Complaint of Plaintiff, KNIT SHIPPING LTD., verified on September 25, 2012, and the Declaration of John H. Musser, V., sworn to on the 25th day of September, 2012, that to his knowledge, Defendant THORCO SHIPPING A/S cannot be found within this district, and the Court having found that the conditions required by Rule B(1) of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure exist; it is hereby:

ORDERED, that the Clerk of this Court is authorized to issue Process of Maritime Attachment and Garnishment against the M/V THOR GLORY, pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and Section 8 of the United States Arbitration Act, 9 U.S.C. §§ 1, 8; and it is further

ORDERED, that the Clerk of this Court is authorized to issue Process of Maritime Attachment and Garnishment against Defendant THORCO SHIPPING A/S's interest in the M/V THOR GLORY as charterer of that vessel, pursuant to Rule B of the Supplemental Admiralty

Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and Section 8 of the United States Arbitration Act, 9 U.S.C. §§ 1, 8; and it is further

ORDERED, that the Clerk of this Court is authorized to issue Process of Maritime Attachment and Garnishment against any bunkers present aboard the M/V THOR GLORY, insofar as same are property of the Defendant THORCO SHIPPING A/S, which is now present within this district, pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and Section 8 of the United States Arbitration Act, 9 U.S.C. §§ 1, 8; and it is further

ORDERED, that any person claiming an interest in the property attached or garnished pursuant to said Order shall, upon application to the Court, be entitled to a prompt hearing at which the Plaintiff shall be required to show why the attachment and garnishment should not be vacated or other relief granted; and it is further

ORDERED, that a copy of this Order be attached to and served with said Process of Maritime Attachment and Garnishment.

Pursuant to Local Admiralty Rule, Plaintiff agrees to release and hold harmless, and indemnify the United States of America, the United States Marshal, their agents, servants, employees, and all others for whom they are responsible, from any and all liability or responsibility for claims arising from the arrest or attachment of the vessel.

Baton Rouge, Louisiana this 25th day of September, 2012.

_____
JAMES J. BRADY, DISTRICT JUDGE

2
Case 3:12-cv-00602-JJB-SCR   Document 5   09/26/12   Page 2 of 2