| | | |
|---|---|---|
| **KNIT SHIPPING LTD** | § § § | **CIVIL ACTION** |
| **Plaintiff** | § § § | **SECTION** |
| **Versus** § | § | |
| **THORCO SIPPING A/S** | § § § | **MAG NO.** |
| **Defendant** | § § | **ADMIRALTY RULE 9(H)** |

## ORDER TO PERMIT VESSEL MOVEMENT

Considering the Motion to Permit Movement of Vessel,

**IT IS HEREBY ORDERED** that the M/V THOR GLORY be and is hereby authorized to proceed to one safe anchorage and/or to another location within this District provided that the vessel shall at all times remain within the jurisdictional confines of the Middle District of Louisiana and provided further that the attachment of the vessel and bunker fuel oil aboard the M/V THOR GLORY shall remain undisturbed and in full force and effect; and it is further ordered that the M/V THOR GLORY is hereby authorized to proceed with cargo loading and/or discharge operations, repairs to the vessel and other normal and usual vessel operations provided that the vessel shall at all times remain within the jurisdictional confines of the Middle District of Louisiana, and provided further that the attachment of the vessel and bunker fuel oil aboard the M/V THOR GLORY shall remain undisturbed and in full force and effect, and further, that Plaintiff agrees to release and hold harmless, and indemnify the United States of America, the United States Marshal, their agents, servants, employees, and all others for whom they are responsible, from any and all liability or responsibility for claims arising from the arrest or

1

attachment of the vessel, out of the movement of the M/V THOR GLORY, and/or out of the cargo loading/unloading operations of the M/V THOR GLORY.

Baton Rouge, Louisiana this 25th day of September 2012.

_____
JAMES J. BRADY, DISTRICT JUDGE