UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KNIT SHIPPING LTD.** § § § **Plaintiff** § § versus § § **THORCO SHIPPING A/S** § § § **Defendant** § § | | **CIVIL ACTION** **NO. 12-00602-JJB-SCR** **JUDGE BRADY** **ADMIRALTY RULE 9(h)** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and no answer or motion for summary judgment having been filed, plaintiff, KNIT SHIPPING LTD., by its attorneys, notices the voluntary dismissal, without prejudice, of the captioned action.

Respectfully submitted,

MURPHY, ROGERS, SLOSS & GAMBEL

*/s/ John H. Musser, V*
_____
E. Carroll Rogers, T.A. #11421
crogers@mrsnola.com
John H. Musser, V #22545
jmusser@mrsnola.com
Timothy D. DePaula #31699
tdepaula@mrsnola.com
Suite 400, One Shell Square
701 Poydras Street
New Orleans, Louisiana 70139
Telephone: (504) 523-0400
Attorneys for KNIT SHIPPING LTD.